IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

GEORGE LAIRD,  

        Plaintiff,

   v.

COMMISSIONER, SOCIAL SECURITY ADMINISTRATION,

        Defendant.

Civ. No. 1:15-cv-02105-CL

ORDER

_____

CLARKE, Magistrate Judge.

    Attorney fees in the amount of $5,283.96 are hereby awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), and costs in the amount of $400.00 are awarded pursuant to 28 U.S.C. § 1920. Subject to any offset allowed under the Treasury Offset Program, payment of this award shall be made via check sent to Tim Wilborn's address: P.O.

Page 1 – ORDER

Box 370578, Las Vegas, NV 89137. In accordance with the fee assignment, which Plaintiff has signed, payment shall be made in Tim Wilborn's name if no debt subject to offset exists.

It is so ORDERED and DATED this __17__ day of January, 2017.

_____
MARK D. CLARKE
United States Magistrate Judge

Page 2 – ORDER